AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

VICTOR CAMARGO JUAREZ,

        Plaintiff,

v.

WALMART INC.,

        Defendant.

JUDGMENT

Case Number: 3:23-cv-00326-ART-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motions to Dismiss Plaintiff's Complaint is **GRANTED.** (ECF No. 10.) Plaintiff's complaint is therefore dismissed with prejudice as to the time-barred claims and without prejudice as to any other claims.
**IT IS FURTHER ORDERED** that Defendant's Motion to Stay Case is **DENIED** as moot. (ECF No. 18.)
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: April 1, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk